USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| LAST CHANCE FUNDING, INC., | |
| Plaintiff, | |
| -v- | 1:19-cv-9165-GHW |
| NEW CHANCE CAPITAL, LLC, BENJAMIN ARYEH, JOHN DOES 1-5, *individually and as owner, officer, director, shareholder, founder, manager, agent, servant, employee, representative, and/or independent contractor of New Chance Capital, Llc*, | ORDER |
| Defendants. | |

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Due to a scheduling conflict, the initial pretrial conference scheduled for January 13, 2020 in this case is adjourned until **February 11, 2020, at 12:00 p.m**. The joint letter and case management plan referenced in the Court's October 7, 2019 order, Dkt. No. 10, are due no later than **February 4, 2020.**

Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: December 16, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge